# EXHIBIT A

Feb 11 19 06:51p    wanda george    3364761155    p.2



**FELDMAN SHEPHERD WOHLGELERNTER TANNER WEINSTOCK DODIG LLP**

John M. Dodig
Shareholder
Telephone: 215.567.8300
Direct Fax: 215.599.1318
jdodig@feldmanshepherd.com
Also Member of NJ Bar
LL.M In Trial Advocacy; Certified By The Supreme Court Of New Jersey As A Civil Trial Attorney

February 6, 2019

Double G Logistics, Inc.
6974 Kennedy Road
Trinity, NC 27370

    RE:    Kathleen Harris, et al v. Robert Sullivan, et al
            Court of Common Pleas, Philadelphia County
            February Term, 2018 – No. 000325

Gentlemen:

    Enclosed please find the Civil Action Complaint with regard to the above matter. Please note you have twenty (20) days in which to file an Answer and/or Entry of Appearance or a judgment in default may be filed against you.

    I suggest that you forward this to your insurance carrier, or attorney if you do not have an insurance carrier, so that your interests may be protected in this matter.

                                  Very truly yours,

                                  JOHN M. DODIG

JMD/kv

                      **SENT VIA CERTIFIED MAIL**

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)
**FEBRUARY 2019**
E-Filing Number: 1902041060
**000325**

**PLAINTIFF'S NAME**
KATHLEEN HARRIS

**PLAINTIFF'S ADDRESS**
618 EDGEWATER DRIVE
WEST CHESTER PA 19380

**PLAINTIFF'S NAME**
MARK HARRIS

**PLAINTIFF'S ADDRESS**
618 EDGEWATER DRIVE
WEST CHESTER PA 19380

**PLAINTIFF'S NAME**

**PLAINTIFF'S ADDRESS**

**DEFENDANT'S NAME**
ROBERT SULLIVAN

**DEFENDANT'S ADDRESS**
4132 SKYVIEW COURT
TRINITY SC 27370

**DEFENDANT'S NAME**
DOUBLE G LOGISTICS, INC.

**DEFENDANT'S ADDRESS**
6974 KENNEDY ROAD
TRINITY SC 27370

**DEFENDANT'S NAME**

**DEFENDANT'S ADDRESS**

**TOTAL NUMBER OF PLAINTIFFS**: 2
**TOTAL NUMBER OF DEFENDANTS**: 2

**COMMENCEMENT OF ACTION**
[X] Complaint   [ ] Petition Action   [ ] Notice of Appeal
[ ] Writ of Summons   [ ] Transfer From Other Jurisdictions

**AMOUNT IN CONTROVERSY**
[ ] $50,000.00 or less
[X] More than $50,000.00

**COURT PROGRAMS**
[ ] Arbitration      [ ] Mass Tort          [ ] Commerce           [ ] Settlement
[X] Jury             [ ] Savings Action     [X] Minor Court Appeal [ ] Minors
[ ] Non-Jury         [ ] Petition           [ ] Statutory Appeals  [ ] W/D/Survival
[ ] Other:

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

**FILED
PRO PROTHY
FEB 06 2019
M. BRYANT**

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES     NO

---

TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: KATHLEEN HARRIS , MARK HARRIS

Papers may be served at the address set forth below.

**NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**
JOHN M. DODIG

**PHONE NUMBER**
(215)567-8300

**FAX NUMBER**
(215)567-8333

**SUPREME COURT IDENTIFICATION NO.**
51092

**SIGNATURE OF FILING ATTORNEY OR PARTY**
JOHN DODIG

**ADDRESS**
1845 WALNUT STREET
21ST FLOOR
PHILADELPHIA PA 19103

**E-MAIL ADDRESS**
jdodig@feldmanshepherd.com

**DATE SUBMITTED**
Wednesday, February 06, 2019, 10:41 am

FINAL COPY (Approved by the Prothonotary Clerk)

Feb 11 19 06:52p    wanda george    3364761155    p.4

Feldman, Shepherd, Wohlgelernter
Tanner, Weinstock & Dodig
By: John M. Dodig, Esquire/Jason A. Daria, Esquire
I.D. No. 51092/73360
1845 Walnut Street
21st Floor
Philadelphia, PA 19103
(215) 567-8300



Filed and Attested by the
Office of Judicial Records
06 FEB 2019 10:51 am

Attorneys for Plaintiff(s)

KATHLEEN HARRIS
618 Edgewater Drive
West Chester, PA 19380
    And
MARK HARRIS
618 Edgewater Drive
West Chester, PA 19380

    v.

Robert Sullivan
4132 Skyview Court
Trinity, NC 27370
    And
DOUBLE G LOGISTICS, INC.
6974 Kennedy Road
Trinity, NC 27370

COURT OF COMMON PLEAS
PHILADELPHIA COUNTY

## NOTICE TO PLEAD

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defense or objections to the claim set forth against you.

You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the Plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP

    LAWYER REFERENCE SERVICE

### AVISO

Le han demandado a usted en la corte. Si desea defenderse contra los cuales presentadas, es absolutamente necesario que usted responda dentro de 20 dias despues de ser servido con esta demanda y aviso. Para defenderse es necesario que usted, o su abogado, registre con la corte en forma escrita, el punto de vista de usted y cualquier objeccion contra las quejas en esta demanda.

Recuerde: Si usted no responde a esta demanda, se puede proseguir con el proceso sin su participacion. Entonces, la corte puede, sin notificarle decidir a favor del demandante y requerira que usted cumpla con todas las provisiones de esta demanda. Por razon de esa decision, es posible que usted pueda perder dinero, propiedad o otros derechos importantes.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO VAYA EN PERSONA ILLAME POR TELEPHONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CON SEGUIR ASISTENCIA LEGAL.

    SERVICIO DE REFRENCIA LEGAL
    ONE READING CENTER
    1101 MARKET STREET
    PHILADELPHIA, PA 19107
    (215) 238-1701

Case ID: 190200325

ONE READING CENTER
PHILADELPHIA, PA  19107
(215) 238-1701

Case ID: 190200325

Feldman, Shepherd, Wohlgelernter
Tanner, Weinstock & Dodig
By: John M. Dodig, Esquire/Jason A. Daria, Esquire
I.D. No. 51092/73360
1845 Walnut Street
21st Floor
Philadelphia, PA 19103
(215) 567-8300                                    Attorneys for Plaintiff(s)

| | |
|---|---|
| KATHLEEN HARRIS<br>618 Edgewater Drive<br>West Chester, PA 19380<br>　　　And<br>MARK HARRIS<br>618 Edgewater Drive<br>West Chester, PA 19380<br><br>　　　v.<br><br>Robert Sullivan<br>4132 Skyview Court<br>Trinity, NC 27370<br>　　　And<br>DOUBLE G LOGISTICS, INC.<br>6974 Kennedy Road<br>Trinity, NC 27370 | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY |

## COMPLAINT - CIVIL ACTION

### COUNT I
### KATHLEEN HARRIS V. DEFENDANTS

1. Plaintiff, Kathleen Harris, is an adult individual who resides at 618 Edgewater Drive, West Chester, Pennsylvania 19380.

2. Plaintiff, Mark Harris, is an adult individual who resides at 618 Edgewater Drive, West Chester, Pennsylvania 19380.

3. Defendant, Robert Sullivan, is an adult individual who resides at 4132

Case ID: 190200325

Skyview Court, Trinity, North Carolina 27370.

4. Defendant, Double G Logistics, Inc., is a corporation and/or business entity with a principal place of business located at 6974 Kennedy Road, Trinity, North Carolina 27370.

5. At all times relevant hereto, Defendant, Robert Sullivan, was an employee and actual or apparent agent of the Defendant, Double G Logistics, Inc., and was acting in the course and scope of his employment and agency with the Defendant, Double G Logistics, Inc.

6. At all relevant times, Defendant, Double G Logistics, Inc., regularly conducted and continues to regularly conduct business in the Commonwealth of Pennsylvania and Philadelphia County, Pennsylvania.

7. On February 25, 2017, at approximately 10:55 a.m., Plaintiff, Kathleen Harris, was a passenger in a motor vehicle being operated by the Plaintiff, Mark Harris, traveling north on Route 100 in West Whitehall Township, Chester County, Pennsylvania when Plaintiffs' vehicle was struck in the rear by the tractor trailer being operated by the Defendant, Robert Sullivan, and owned by the Defendants, Double G Logistics, Inc., causing Plaintiff to sustain serious and permanent personal injuries more specifically set forth below.

8. At the time of the accident, Defendant, Robert Sullivan, was employed by the Defendant, Double G Logistics, Inc. Upon information and belief, Defendant, Robert Sullivan, was acting in the course and scope of his employment at the time of the accident.

Case ID: 190200325

9. The accident as aforesaid was caused by the negligence of the Defendants and was in no manner whatsoever due to any act or failure to act on the part of the Plaintiffs.

10. The carelessness, recklessness and negligence of the Defendants included the following:

    a. Operating the said motor vehicle at a high and excessive rate of speed under the circumstances;

    b. Failure to keep a proper lookout ahead;

    c. Failure to have said motor vehicle under such control as to be able to stop within the assured clear distance ahead;

    d. Failure to make proper observations of traffic upon the roadway;

    e. Failure to properly use the brakes;

    f. Being otherwise negligent under the circumstances;

    g. Operating a motor vehicle in careless disregard for the safety of persons or property in violation of 75 Pa.C.S.A. §3714; and

    h. Careless and reckless driving.

11. As a direct and proximate result of the negligence of the Defendants as aforesaid, Plaintiff, Kathleen Harris, sustained a concussion with loss of consciousness, laceration to the upper lip, nasal fracture, neck pain and headaches, as well as damage to her nerves and nervous system.

12. All of the aforesaid injuries are permanent and have imposed a serious impairment of a body function upon the Plaintiff and have caused, and in the future will cause the Plaintiff great pain and suffering and a serious impairment of a bodily function.

Case ID: 190200325

13. As a further result of this accident and by reason of the injuries sustained, Plaintiff has in the past been obligated to receive and undergo medical attention and care and to expend various sums of money and/or incur various expenses for the injuries she has suffered, and she may in the future continue to be obliged to expend such sums or to incur such expenses.

14. As a further result of this accident and by reason of the injuries suffered, Plaintiff has in the past suffered and may in the future continue to suffer great pain, agony, mental anguish, embarrassment and humiliation, and has in the past been hindered and may in the future continue to be hindered from attending to her daily duties, functions and occupation, to her great detriment and loss.

15. As a further direct and proximate result of the negligence of the Defendants, Plaintiff has suffered injuries which have caused her physical and mental impairment, preventing her from performing all or substantially all of the material acts and duties which constitute her usual and customary daily activities, constituting a loss of the enjoyment of the ordinary pleasures of life.

16. As a further result of this accident and by reason of the injuries sustained, Plaintiff has sustained an impairment of her earning capacity and power.

17. The negligence of the Defendants as stated herein was the proximate cause or a substantial factor in causing the injuries and damages sustained by the Plaintiff.

WHEREFORE, Plaintiff, Kathleen Harris, demands judgment against the Defendants in a sum in excess of Fifty Thousand ($50,000.00) Dollars, together with interest and costs.

## COUNT II
## MARK HARRIS V. DEFENDANTS

18. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

19. Plaintiff, Mark Harris, is the husband of Plaintiff, Kathleen Harris.

20. As a result of Defendants' negligence and carelessness, as set forth above, Plaintiff, Mark Harris, has been deprived of his wife's consortium, care, services, comfort, society, affection and support.

WHEREFORE, Plaintiff, Mark Harris, demands judgment against the Defendants in a sum in excess of Fifty Thousand ($50,000.00) Dollars, together with interest and costs.

Feldman, Shepherd, Wohlgelernter,
Tanner, Weinstock & Dodig

By: _____
JOHN M. DODIG, ESQUIRE
JASON A. DARIA, ESQUIRE
Attorneys for Plaintiffs

Case ID: 190200325

Feb 11 19 06:54p    wanda george    3364761155    p.11

## VERIFICATION

I, Kathleen Harris, hereby state that I am one of the Plaintiffs in this action and verify that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Kathleen Harris

Date: 1-23-18

Case ID: 190200325

Feb 11 19 06:54p    wanda george                        3364761155              p.12

## VERIFICATION

I, Mark Harris, hereby state that I am one of the Plaintiffs in this action and verify that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief. The undersigned understands that the statements therein are made subject to the penalties of 18 Pa.C.S. Section 4904 relating to unsworn falsification to authorities.

_____
Mark Harris

Date: 1/23/18

Case ID: 190200325